ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California State Bar Number: 112613
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444
    Facsimile: (213) 894-7819
    Email: russell.chittenden@usdoj.gov

Attorneys for Defendant Kathleen Sebelius,
Secretary of Department of Health and Human Services

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MAXQUINDOM, INC. dba UNITY HOME HEALTH AGENCY,<br><br>    Plaintiff,<br><br>v.<br><br>KATHLEEN SEBELIUS, Secretary of Department of Health and Human Services,<br><br>    Defendant. | No. CV 10-7638 VBF (AGRx)<br><br>ORDER DISMISSING ACTION |

IT IS HEREBY ORDERED that this action be dismissed without prejudice, each side to bear it own costs.

DATED:   1/12/11

*Valerie Baker Fairbank*

_____
UNITED STATES DISTRICT JUDGE